IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jay Hiles, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Progressive Relocation Systems Incorporated,<br><br>　　　　Defendant. | No. CV-20-01984-PHX-DJH<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiffs' Motion for Attorney Fees (Doc. 18), Motion for Default Judgment (Doc. 20), and the Report and Recommendation ("R&R") issued on July 20, 2021, by United States Magistrate Judge Eileen S. Willett (Doc. 34). Judge Willett recommended the Court grant both of Plaintiffs' Motions. (Doc. 34).

　　　　No party has objected to the R&R, and the time to do so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Absent any objections, the Court is not required to review the findings and recommendations in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (The relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (same); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

　　　　Nonetheless, the Court has reviewed the R&R and agrees with Judge Willett's recommendations. The Court will, therefore, accept the R&R, and grant Plaintiffs'

Motions.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed. R. Civ. P. 72(b)(3) (same).

Accordingly,

**IT IS HEREBY ORDERED ACCEPTING AND ADOPTING** as an Order of this Court Magistrate Judge Willett's R&R (Doc. 34).

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Attorney Fees (Doc. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Default Judgment shall be entered in favor of Plaintiffs and against Defendant Progressive Relocation Systems Inc. in the total amount of $50,251.65 plus reasonable attorney fees in the amount of $4,982.00, pre-judgment interest from February 20, 2019, and post-judgment interest from the date of entry of the judgment, all interest to be calculated at the rate allowed by 28 U.S.C. § 1961(a).

**IT IS FINALLY ORDERED** that the Clerk of Court shall enter judgment accordingly and terminate this matter.

Dated this 5th day of August, 2021.

Honorable Diane J. Humetewa
United States District Judge